IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLARD FRANK WHITE, | * |
| Plaintiff, | * |
| v. | Case No.   5:23-CV-286 (MTT) |
| | * |
| TERRY E. BARNARD , | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 18, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 18th day of December, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk